

# Fourth Court of Appeals
## San Antonio, Texas

August 23, 2021

No. 04-21-00344-CV

**IN THE INTEREST OF R.A.E., ET AL, CHILDREN**

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2019PA01868
Honorable Susan D. Reed, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating the appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. The current deadline for the reporter's record is August 26, 2021. On August 23, 2021, the court reporter filed a notification of late record requesting an extension of time until September 3, 2021 to file the record. After consideration, we **GRANT** the court reporter's request and **ORDER** her to file the reporter's record **by September 3, 2021**. **FURTHER REQUESTS FOR EXTENSIONS OF TIME ARE DISFAVORED.**

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of August, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court

